**IT IS ORDERED as set forth below:**

Date: December 30, 2020

_____
Lisa Ritchey Craig
U.S. Bankruptcy Court Judge

_____

UNITED STATES BANRKUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 20-66885-LRC |
| | : | |
| ALANI PROPERTY SOURCE CO. INC. | : | |
| | : | CHAPTER 11 |
| | : | |
| DEBTOR. | : | |

**ORDER ON UNITED STATES TRUSTEE'S MOTION TO DISMISS CASE WITH MINIMUM ONE YEAR BAR TO REFILING**

The United States Trustee filed a motion to dismiss this case pursuant to Bankruptcy Code section 1112(b) (Doc. No. 55) (the "Motion"). The Court held a hearing on the Motion on December 17, 2020. At the hearing, Jonathan Adams appeared on behalf of the United States Trustee. C. Brent Waldrop appeared on behalf of Blackstone Residential Operating Partnership, LP, and supported the Motion. Mr. Wendell Robinson, the majority shareholder of the Debtor, also appeared at the hearing. After hearing oral argument from the parties, the Court allowed the Debtor ten days to

retain counsel to assist the Debtor in prosecuting this Case. If the Debtor failed to retain counsel, and have that counsel file a notice of appearance within ten days of the hearing, the Court informed the parties that the case would be dismissed, and the Debtor would be barred from filing future cases for a period of one year.  Ten days have elapsed since the date of the hearing on the Motion, and no attorney has filed an appearance on behalf of the Debtor. Accordingly, as no attorney has appeared on behalf of the Debtor, and for the reasons explicitly stated on the record, it is hereby

      **ORDERED** that the Motion is *granted* and this case is *dismissed*. It is further

      **ORDERED** that Alani Property Source Co., Inc. is barred from being eligible to be a debtor under any chapter of the United States Bankruptcy Code, Title 11 U.S.C. for a period of one year from the date of this Order.

**[END OF DOCUMENT]**

Prepared and Submitted by:

*s/ Jonathan S. Adams*
Jonathan S. Adams
Georgia Bar No. 979073
United States Department of Justice
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303
(404) 331-4437
jonathan.s.adams@usdoj.gov

Distribution List

All parties on the Mailing Matrix
