**IT IS ORDERED as set forth below:**

**Date: February 4, 2021**

_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| Alani Property Source Co., Inc., | ) | |
| | ) | Case No. 20-66885-lrc |
| | ) | |
| Debtor. | ) | Chapter 11 |

**CONSENT ORDER ON MOTION
TO RECONSIDER ORDER DISMISSING CASE**

This matter came before the Court on Debtor Alani Property Source, Co. Inc.'s (the "Debtor") Motion to Reconsider Order Dismissing Case (the "Motion"). A hearing was held on the Motion on January 28, 2021. Will Geer appeared on behalf of the Debtor. Jonathan Adams appeared on behalf of the United States Trustee. Brent Wardrop appeared on behalf of Blackstone Residential Operating Partnership LP. No party objected to the requested relief.

1

Based upon no objection to the requested relief, the Court finds good cause to reconsider its order dismissing this case. Therefore, it is hereby:

ORDERED that the Motion is **GRANTED**; and it is further

ORDERED that the Court's Order dismissing the instant case [Docket No. 60] is hereby vacated; and it is further

ORDERED that the Debtor shall, within twenty (20) days of entry of this Order, provide the United States Trustee (the "US Trustee") with (1) a ledger describing all deposits and withdrawals in the bank statements previously provided to the US Trustee and (2) provide the requested supplemental materials regarding monthly operating reports requested by the US Trustee; and it is further

ORDERED that should the Debtor fail to comply with the terms of the preceding paragraph, the US Trustee shall file a supplemental report informing the Court of the Debtor's failure to comply, and the Court may enter an order dismissing the instant case with a one year bar to refiling. The Debtor shall have three (3) business days to respond to the supplemental report.

-END OF ORDER-

Prepared and presented by:

/s/ Will Geer
Georgia Bar No. 940493
Wiggam & Geer, LLC
50 Hurt Plaza, SE, Suite 1150
Atlanta, Georgia 30303
wgeer@wiggamgeer.com
(404) 233-9800

Consented to by:

/s/ Jonathan Adams (w/ express permission by Will Geer)

2

Jonathan Adams
Trial Attorney
Georgia Bar No.
United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building & U.S. Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303
Office: (404) 331-4437
Direct Dial: (202) 631-5302

**Distribution List**

The clerk shall serve a copy of this Order on all parties on the mailing matrix.